| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011639 | **DATE** 06/04/2026 |
|---|---|---|---|---|---|

| **NAME** WALLACE, Wayne | | **OFFICER** Elizabeth Campana | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20212-01 |
|---|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 02/13/2025 **COMMENCED** 03/25/2026 **EXPIRATION** 03/24/2028 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** V | **TOTAL OFFENSE LEVEL** 5 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Blake Hatlem | **DEFENDANT ATTORNEY** To be Determined |
|---|---|

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**
Count 1: 18 U.S.C. § 1341 Mail Fraud
Count 2: 18 U.S.C. § 1028A(a)(1), Aggravated Identity Theft

**SENTENCE DISPOSITION**

Custody of the United States Bureau of Prisons for a term of 12 months on count 1 and 24 months on count 2, to run consecutively to count 1, followed by a term of supervised release of two years on counts 1 and one year on count 2, to run concurrently.

Sentence Reduction:  2/13/2025: Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), custodial sentence was reduced to count 1 – 10 months.  Count 2: the original sentence of 24 months custody consecutive to count 1, remains and all other conditions of the original judgment remain in full force and effect.

Name of Sentencing Judicial Officer: Honorable Sean F. Cox. Case was reassigned to the Honorable Linda V. Parker on April 30, 2026, pursuant to local rule 57.10.

Modification: On May 7, 2026, a modification was signed by Honorable Judge Linda V. Parker to include the following: "You shall not be a member of or associated with any group oriented in whole or in part toward criminal purpose, commonly referred to as a gang.  You shall not be found in the social company of any person who you know or reasonably ought to know is a member of or associated with such a gang. You shall not possess, wear or display in any manner any insignia, emblem, hat, scarf, bandana or article of clothing which is designed, arranged, or used in any way to symbolize membership in, affiliation with or approval of a gang. You shall not possess, wear or display any article of clothing to which any insignia or name (including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet. You shall not at any time use hand or body signals of such kind as are associated with signifying membership in, affiliation with or approval of a gang. You shall acquire no tattoos, body markings or piercings of any kind."

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011639 | **DATE** 06/04/2026 |
|---|---|---|---|---|

| **NAME** WALLACE, Wayne | **OFFICER** Elizabeth Campana | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20212-01 |
|---|---|---|---|

Modification: On May 15, 2026, a modification was signed by Honorable Judge Linda V. Parker to include the following special conditions: "You will be monitored by the global position system (GPS) component of location monitoring technology for a period of 90 consecutive days, and you must follow the rules and regulations of the location monitoring program. Cost of the location monitoring is waived.

"Location Monitoring under Curfew Restriction - You are restricted to your residence: every day from 6 pm to 8 am or as directed by your probation officer."

ORIGINAL SPECIAL CONDITIONS

1. You must successfully complete any trauma assessments/evaluations, as directed by the probation officer. You must participate in a Trauma Focused Cognitive Behavioral Treatment (CBT) and/or Moral Recognition Therapy (MRT)) program and follow the rules and regulations of that program should the assessments/evaluations deem it necessary. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include education, group therapy, and structured exercises.

2. You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

3. You must not engage in any form of gambling (including, but not limited to, lotteries, online wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse race tracks, off-track betting establishments).

4. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

5. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

6. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

   Criminal Monetary Penalty:  Special Assessment $200.00 (Balance $65.00)

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011639 | **DATE** 06/04/2026 |
|---|---|---|---|---|
| **NAME** WALLACE, Wayne | **OFFICER** Elizabeth Campana | **JUDGE** Linda V. Parker | | **DOCKET #** 23-CR-20212-01 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

☒ New Criminal Changes  ☒ Violent Conduct
☐ Whereabouts Unknown (Absconder)  ☐ Other

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On June 3, 2026, per Macomb County Sheriff's Office, WALLACE was arrested for Assault With Intent to do Great Bodily Harm Less Than Murder out of the 41B District Court (Clinton Township, Michigan).  At this time, WALLACE is currently in custody in Macomb County Jail in Mount Clemens, Michigan, pending arraignment. |

| I declare under penalty of perjury that the foregoing is true and correct.<br>**PROBATION OFFICER**<br>s/Elizabeth Campana/slg<br>313-234-5409 | **DISTRIBUTION**<br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br>s/Matthew A. Romeo<br>989-894-8829 | **PROBATION ROUTING**<br>Data Entry |

**RECOMMENDING TO THE COURT**

☒ To issue a warrant to be lodged as a detainer at the Macomb County Jail in Mount Clemens, Michigan

**Superseding Violation Report will follow**

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011639 | **DATE** 06/04/2026 |
|---|---|---|---|---|
| **NAME** WALLACE, Wayne | **OFFICER** Elizabeth Campana | **JUDGE** Linda V. Parker | | **DOCKET #** 23-CR-20212-01 |

**THE COURT ORDERS:**

☒ The issuance of a warrant to be lodged as a detainer at the Macomb County Jail in Mount Clemens, Michigan

☐ Other

s/Linda V. Parker
_____
United States District Judge

6/4/2026
_____
Date